**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1842**
_____

MADELINE LEIGH MOSES,

              Plaintiff - Appellant,

       v.

AMERICAN RED CROSS CAROLINAS REGION BLOOD SERVICES (ARC);
PEGGY HUFFMAN; LASHION DARDEN; ERIC HINSON; DELORES SMALLS;
JOYCE BRENDEL,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Terrence W. Boyle,
District Judge.  (7:12-cv-00306-BO)

_____

Submitted:  October 17, 2013      Decided:  October 21, 2013

_____

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Madeline Leigh Moses, Appellant Pro Se.  Brian Lee Church,
Angelique Regail Vincent, ROBINSON BRADSHAW & HINSON, PA,
Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Madeline Leigh Moses appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Moses v. Am. Red Cross Carolinas Region Blood Servs., No. 7:12-cv-00306-BO (E.D.N.C. June 14, 2013). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED